IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Scott, Celestine D

Printed: 02/03/09

Case Number:  05 B 21979
Judge:  Goldgar, A. Benjamin
Filed:  6/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 25, 2008
Confirmed:  July 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,555.50 |  |
| Secured: |  | 856.52 |
| Unsecured: |  | 572.48 |
| Priority: |  | 6,428.00 |
| Administrative: |  | 2,079.00 |
| Trustee Fee: |  | 571.21 |
| Other Funds: |  | 48.29 |
| Totals: | 10,555.50 | 10,555.50 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,079.00 | 2,079.00 |
| 2. | West Suburban Auto Sales | Secured | 856.52 | 856.52 |
| 3. | Internal Revenue Service | Priority | 6,428.00 | 6,428.00 |
| 4. | Fast Cash Advance | Unsecured | 97.74 | 29.21 |
| 5. | AmeriCash Loans, LLC | Unsecured | 132.18 | 39.51 |
| 6. | Peoples Energy Corp | Unsecured | 204.23 | 0.00 |
| 7. | T Mobile USA | Unsecured | 49.26 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 123.34 | 36.87 |
| 9. | Jefferson Capital | Unsecured | 108.86 | 32.54 |
| 10. | Arrow Financial Services | Unsecured | 40.43 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 27.92 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 1,174.97 | 351.21 |
| 13. | RoundUp Funding LLC | Unsecured | 102.14 | 30.53 |
| 14. | Cingular Wireless | Unsecured | 123.86 | 37.02 |
| 15. | Asset Acceptance | Unsecured | 27.60 | 0.00 |
| 16. | Cingular Wireless | Unsecured | 5.73 | 0.00 |
| 17. | SBC | Unsecured | 52.15 | 15.59 |
| 18. | America OnLine | Unsecured |  | No Claim Filed |
| 19. | CorTrust Bank | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Direct Tv | Unsecured |  | No Claim Filed |
| 22. | Evans Fur | Unsecured |  | No Claim Filed |
| 23. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 24. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 25. | Leading Man | Unsecured |  | No Claim Filed |
| 26. | Legacy Emergency Physicians | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Scott, Celestine D | Case Number:  05 B 21979 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed:  6/2/05 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | PVM/C | Unsecured | | No Claim Filed |
| 28. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 29. | Sprint PCS | Unsecured | | No Claim Filed |
| 30. | Sun Cash Of WI | Unsecured | | No Claim Filed |
| 31. | United Cash Loans | Unsecured | | No Claim Filed |
| 32. | TCF Bank | Unsecured | | No Claim Filed |
| 33. | Talk America | Unsecured | | No Claim Filed |
| | | | $ 11,633.93 | $ 9,936.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 14.61 |
| 5.5% | 59.86 |
| 5% | 39.50 |
| 4.8% | 83.16 |
| 5.4% | 212.66 |
| 6.5% | 112.63 |
| 6.6% | 48.79 |
| | $ 571.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*